# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW CORY GLEN ROBOCKER, Defendant. | CR 21-48-GF-BMM  **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 36). The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d);

THAT a Preliminary Order of Forfeiture was entered on October 12, 2023, *see* (Doc. 26);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 924(d) and Fed. R. Crim. P. 32.2(b)(6), *see* (Docs. 27, 27-1); and

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- All property listed in (Doc. 19-1), the Appendix to the Plea Agreement, which is incorporated herein by reference.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of December 2023.

_____
Brian Morris, Chief District Judge
United States District Court